UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

IN RE:

MACTANZ, INC.,

      Debtor(s).

Chapter 11
Case No. 18-71255

**OFFICERS AND DIRECTORS SALARY REPORT**

Robert E. Rotanz- President:        $125,000 gross salary per year
Robert Dishaw – Vice President:    $125,000 gross salary per year
Wendy Rotanz – Sec./Treas.:       $ 25,000 gross salary per year

Date: September 28, 2018            Respectfully submitted,

MACTANZ, INC.

By: /s/ Andrew S. Goldstein
MAGEE GOLDSTEIN LASKY & SAYERS, P.C.
Andrew S. Goldstein, Esq. (VSB #28421)
P.O. Box 404
Roanoke, VA 24003-0404
Telephone: (540) 343-9800
Facsimile: (540) 343-9898
Electronic Mail: agoldstein@mglspc.com
*Proposed Counsel for the Debtor*

Certificate of Service

      The undersigned hereby certifies that on this 28th day of September, 2018, the foregoing was electronically filed with the United States Bankruptcy Court, thereby causing electronic notice upon the United States Trustee and all users of the CM/ECF that have appeared in this case.

                                 /s/ Andrew S. Goldstein

MAGEE GOLDSTEIN
LASKY & SAYERS, P.C.
ATTORNEYS

P.O. Box 404
Roanoke, Virginia 24003-0404
540.343.9800

ATTORNEYS AND COUNSELORS AT LAW