## U.S. Trustee Basic Monthly Operating Report

Case Name: MACTANZ, INC.

Case Number: 18-71255

Month (or portion) covered by this report: <u>January, 2019</u>

Date Filed: September 21, 2018

SIC Code: _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THIS U.S. TRUSTEE BASIC MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS ON BEHALF OF THE CHAPTER 11 DEBTOR  AND, TO THE BEST OF MY KNOWLEDGE, THIS REPORT AND RELATED DOCUMENTS  ARE TRUE, CORRECT AND COMPLETE.

_____          2-25-19
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY          _____
DATE REPORT SIGNED

<u>Robert E. Rotanz, President</u>
PRINTED NAME OF RESPONSIBLE PARTY AND POSITION WITH DEBTOR

**The debtor is required to provide financial reports prepared by or for the debtor in addition to the information required by this form.  The U.S. Trustee may permit the debtor to eliminate duplicative information.  No such permission is valid unless in writing.**

| QUESTIONNAIRE: | YES | NO |
|---|---|---|
| 1.  IS THE BUSINESS STILL OPERATING? | X | |
| 2.  DID YOU SELL ANY ASSETS OTHER THAN INVENTORY THIS MONTH? | | X |
| 3.  HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? | | X |
| 4.  DID YOU PAY ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | | X |
| 5.  DID YOU PAY ALL YOUR BILLS ON TIME THIS MONTH? | X | |
| 6.  DID YOU PAY YOUR EMPLOYEES ON TIME? | X | |
| 7.  HAVE YOU FILED ALL OF YOUR RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH? | X | |
| 8.  DID YOU PAY ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | X | |
| 9.  DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? | | X |
| 10. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? | | X |
| 11. DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | | X |
| 12. DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | | X |

1

|  | Yes | No |
|---|---|---|
| 13. DID YOU DEPOSIT ALL MONEY FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? Once Dip account was opened | X | |
| 14. DID THE BUSINESS SELL ANY GOODS OR PROVIDE SERVICES TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | | X |
| 15. DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | X | |
| 16. ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE UST? | X | |

### TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS?              X

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

### INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH.  THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. [If you use an automated accounting system, please attach a copy of the Income Statement and Balance Sheet.]

**TOTAL INCOME**   $298,677.00

*(Exhibit B)*

### EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS PAID THIS MONTH.  INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT.   [If you use an automated accounting system, please attach a copy of the Disbursements Journal, otherwise attach a copy of the check register. ]

**TOTAL EXPENSES**   $335,106.00

*(Exhibit C)*

### CASH PROFIT

INCOME FOR THE MONTH (TOTAL FROM EXHIBIT B)

EXPENSES FOR THE MONTH (TOTAL FROM EXHIBIT C)

(Subtract The Total from Exhibit C from the Total of Exhibit B)
**CASH PROFIT FOR THE MONTH**   $(36,429.00)

2

### UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID.  THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE.

**TOTAL PAYABLES** $_____N/A_____

*(Exhibit D)*

### MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD.  YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE.

**TOTAL RECEIVABLES** $___1,154.00___

*(EXHIBIT E)*

### BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT.

### EMPLOYEES

| | |
|---|---|
| NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED? | _91_ |
| NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT? | _92_ |

### PROFESSIONAL FEES

| | |
|---|---|
| TOTAL PROFESSIONAL FEES APPROVED BY THE COURT DURING THIS REPORTING PERIOD? | $_____N/A_____ |
| TOTAL PROFESSIONAL FEES APPROVED BY THE COURT SINCE THE FILING OF THE CASE? | $_____N/A_____ |
| TOTAL PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR DURING THIS REPORTING PERIOD? | $___11,550___ |
| TOTAL PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR SINCE THE FILING OF THE CASE? | $___51,500___(est) |
| PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR **RELATED TO BANKRUPTCY** DURING THIS REPORTING PERIOD? | $___9,700___(est) |
| PROFESSIONAL FEES INCURRED BY OR ON BEHALF OF THE DEBTOR **RELATED TO BANKRUPTCY** SINCE THE FILING OF THE CASE? | $___42,000___(est) |

| CASE NAME: Mactanz, Inc. |
|---|
| CASE NUMBER: 18-71255 |

Form 9-DS   Rev. 2/96

## DISBURSEMENTS SUMMARY

MONTH: **January, 2019**

| | |
|---|---|
| Total Disbursements from Operating Account          (Note 1) | |
| Total Disbursements from Payroll Account             (Note 2) | |
| Total Disbursements from Tax Escrow Account        (Note 3) | |
| Total Disbursements from any other Account          (Note 4) | |
| **Wells Fargo Debtor In Possession Act. No.  Ending 4017** | **$335,106.00** |
| | |
| Grand Total, all Disbursements | **$335,106.00** |

**Note 1 --**    Include in this amount all checks written, wire transfers made from, and any other withdrawal from the general operating account.  Exclude only transfers to the debtor-in-possession payroll account, the debtor-in-possession tax escrow account or other debtor-in-possession account where the disbursements will be listed on this report.

**Note 2 --**    Include in this amount all checks written, wire transfers made from, and any other withdrawal from the payroll account.  Exclude only transfers to the debtor-in-possession operating account, the debtor-in-possession tax escrow account or other debtor-in-possession account where the disbursements will be listed on this report.

**Note 3 --**    Include in this amount all checks written, wire transfers made from, and any other withdrawal from the tax escrow account.  Exclude only transfers to debtor-in-possession operating account, the debtor-in-possession payroll account or other debtor-in-possession account where the disbursements will be listed on this report.

**Note 4 --**    Include in this amount any other disbursements made by the debtor including (but not limited to) cash paid from a petty cash fund or cash register, amounts paid from any other debtor in possession account, and amounts paid from the accounts of others on the debtor's behalf (for example, disbursements made from a law firm's escrow account as a result of a sale of property).

# Wells Fargo Business Choice Checking

Account number: ████4017 ■ January 1, 2019 - January 31, 2019 ■ Page 1 of 15



MACTANZ, INC.
DEBTOR IN POSSESSION
CH 11 CASE #18-71255 (WVA)
316 E MAIN ST
SALEM VA 24153-4323

### Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted
**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (377)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Since August 2003, the Wells Fargo/Gallup Small Business Index has surveyed small business owners on current and future perceptions of their business financial situation. View the latest results at wellsfargoworks.com.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 1/1 | $96,117.26 |
| Deposits/Credits | 298,677.22 |
| Withdrawals/Debits | - 335,106.26 |
| **Ending balance on 1/31** | **$59,688.22** |
| Average ledger balance this period | $85,812.59 |

Account number:  **1395534017**

**MACTANZ, INC.**
**DEBTOR IN POSSESSION**
**CH 11 CASE #18-71255 (WVA)**

*Virginia account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  051400549

For Wire Transfers use
Routing Number (RTN):  121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

Account number: ▆▆▆4017  ■ January 1, 2019 - January 31, 2019 ■ Page 2 of 15



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 1/2 | | Hrtland Pmt Sys Txns/Fees 650000003942532 MAC N Bobs | 10,162.84 | | |
| 1/2 | | Hrtland Pmt Sys Txns/Fees 650000003942532 MAC N Bobs | 15,919.90 | | |
| 1/2 | | Deposit | 514.04 | | |
| 1/2 | | Paypal Transfer 190102 1004642372105 MAC and Bobs Restauran | 563.72 | | |
| 1/2 | | Hrtland Pmt Sys Txns/Fees 650000003942532 MAC N Bobs | | 8,288.91 | |
| 1/2 | 70673 | Deposited OR Cashed Check | | 386.96 | |
| 1/2 | 70699 | Deposited OR Cashed Check | | 810.54 | |
| 1/2 | < | Business to Business ACH Debit - VA Dept Taxation Tax Paymen 181231 xxxxx3728 Mactanz Inc | | 131.18 | |
| 1/2 | 70480 | Check | | 0.13 | |
| 1/2 | 70741 | Check | | 11.52 | |
| 1/2 | 70583 | Check | | 14.46 | |
| 1/2 | 70736 | Check | | 124.06 | |
| 1/2 | 70724 | Check | | 289.89 | |
| 1/2 | 70680 | Check | | 713.40 | |
| 1/2 | 48128 | Check | | 1,729.24 | |
| 1/2 | 48126 | Check | | 273.38 | |
| 1/2 | 48125 | Check | | 235.34 | |
| 1/2 | 70712 | Check | | 381.00 | |
| 1/2 | 48114 | Check | | 7,559.83 | |
| 1/2 | 70705 | Check | | 27.67 | |
| 1/2 | 70728 | Check | | 188.72 | |
| 1/2 | 48124 | Check | | 208.90 | |
| 1/2 | 48122 | Check | | 408.00 | |
| 1/2 | 48073 | Check | | 412.25 | |
| 1/2 | 70717 | Check | | 772.08 | |
| 1/2 | 48136 | Check | | 303.00 | |
| 1/2 | 48072 | Check | | 326.43 | |
| 1/2 | 48123 | Check | | 595.83 | 99,085.04 |
| 1/3 | | Bbonepmt Bbsale 181230 544068086633279 MAC and Bobs Restauran | 13.35 | | |
| 1/3 | | Deposit | 801.76 | | |
| 1/3 | 70720 | Deposited OR Cashed Check | | 35.45 | |
| 1/3 | 70616 | Deposited OR Cashed Check | | 50.62 | |
| 1/3 | 70688 | Cashed Check | | 18.20 | |
| 1/3 | | Positouch Positouch 190102 000000230179742 Odonnell | | 50.00 | |
| 1/3 | < | Business to Business ACH Debit - Bbonepmt Bbfee 190101 544068086633279 MAC and Bobs Restauran | | 106.01 | |
| 1/3 | < | Business to Business ACH Debit - Givex ACH Gift Card Jan 03 000000000077492 Givex ACH | | 161.00 | |
| 1/3 | < | Business to Business ACH Debit - VA Dept Taxation Tax Paymen 190102 xxxxx3728 Mactanz Inc | | 2,159.21 | |
| 1/3 | 48117 | Check | | 98.62 | |
| 1/3 | 48140 | Check | | 260.75 | |
| 1/3 | 48121 | Check | | 80.00 | |
| 1/3 | 70676 | Check | | 65.84 | |
| 1/3 | 48127 | Check | | 195.00 | |
| 1/3 | 48138 | Check | | 1,789.20 | |
| 1/3 | 48146 | Check | | 100.00 | |
| 1/3 | 70670 | Check | | 2,136.43 | |
| 1/3 | 48075 | Check | | 63.12 | |
| 1/3 | 48150 | Check | | 96.18 | |
| 1/3 | 48130 | Check | | 574.48 | 91,860.04 |
| 1/4 | | Bbonepmt Bbsale 190101 544068086633279 MAC and Bobs Restauran | 31.23 | | |
| 1/4 | | Hrtland Pmt Sys Txns/Fees 650000003942532 MAC N Bobs | 6,553.93 | | |
| 1/4 | | Deposit | 1,017.16 | | |
| 1/4 | | Midland National Insurance 190102 1503048539C0029 Mactanz, Inc. | | 400.00 | |

Account number: ▮▮▮▮4017  ■  January 1, 2019 - January 31, 2019  ■  Page 3 of 15



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 1/4 | | Midland National Insurance 190102 1503048519C0029 Mactanz, Inc. | | 518.82 | |
| 1/4 | | Midland National Insurance 190102 03048512M010119 Mactanz, Inc. | | 692.75 | |
| 1/4 | 48154 | Check | | 22.33 | |
| 1/4 | 48155 | Check | | 47.97 | |
| 1/4 | 48157 | Check | | 57.06 | |
| 1/4 | 48137 | Check | | 80.00 | |
| 1/4 | 48139 | Check | | 378.90 | |
| 1/4 | 48134 | Check | | 6,141.08 | |
| 1/4 | 48163 | Check | | 252.40 | |
| 1/4 | 70659 | Check | | 258.77 | |
| 1/4 | 48141 | Check | | 453.90 | |
| 1/4 | 70702 | Check | | 144.08 | |
| 1/4 | 48135 | Check | | 219.00 | |
| 1/4 | 48142 | Check | | 310.50 | |
| 1/4 | 48129 | Check | | 162.39 | |
| 1/4 | 70708 | Check | | 34.63 | |
| 1/4 | 70627 | Check | | 76.88 | 89,210.90 |
| 1/7 | | Bbonepmt Bbsale 190103 544068086633279 MAC and Bobs Restauran | 38.01 | | |
| 1/7 | | Hrtland Pmt Sys Txns/Fees 650000003942532 MAC N Bobs | 7,598.68 | | |
| 1/7 | | Hrtland Pmt Sys Txns/Fees 650000003942532 MAC N Bobs | 12,088.95 | | |
| 1/7 | | Hrtland Pmt Sys Txns/Fees 650000003942532 MAC N Bobs | 23,585.18 | | |
| 1/7 | | Deposit | 583.04 | | |
| 1/7 | | Deposit | 464.89 | | |
| 1/7 | | Deposit | 49.33 | | |
| 1/7 | 70777 | Deposited OR Cashed Check | | 717.50 | |
| 1/7 | 70778 | Deposited OR Cashed Check | | 1,419.12 | |
| 1/7 | 70678 | Deposited OR Cashed Check | | 2,136.42 | |
| 1/7 | 70265 | Check | | 13.81 | |
| 1/7 | 70743 | Check | | 21.71 | |
| 1/7 | 48161 | Check | | 116.88 | |
| 1/7 | 48167 | Check | | 311.74 | |
| 1/7 | 48151 | Check | | 31.57 | |
| 1/7 | 48144 | Check | | 3,293.00 | |
| 1/7 | 70731 | Check | | 31.18 | |
| 1/7 | 48100 | Check | | 95.24 | |
| 1/7 | 48159 | Check | | 247.45 | |
| 1/7 | 48165 | Check | | 193.60 | |
| 1/7 | 48156 | Check | | 583.05 | |
| 1/7 | 48172 | Check | | 649.00 | |
| 1/7 | 48148 | Check | | 175.31 | |
| 1/7 | 48160 | Check | | 449.26 | 123,133.14 |
| 1/8 | | Harland Clarke Check/Acc. 010719 00549247575482 Mactanz, Inc. | | 264.25 | |
| 1/8 | 48190 | Deposited OR Cashed Check | | 139.00 | |
| 1/8 | < | Business to Business ACH Debit - IRS Usataxpymt 010819 220940855235849 Mactanz Inc | | 1,089.00 | |
| 1/8 | 70693 | Check | | 4.93 | |
| 1/8 | 70649 | Check | | 5.80 | |
| 1/8 | 70710 | Check | | 165.80 | |
| 1/8 | 70779 | Check | | 475.91 | |
| 1/8 | 48168 | Check | | 99.00 | |
| 1/8 | 48152 | Check | | 111.38 | |
| 1/8 | 48178 | Check | | 210.86 | |
| 1/8 | 48182 | Check | | 2,060.81 | |
| 1/8 | 48131 | Check | | 6,476.49 | |
| 1/8 | 47954 | Check | | 649.85 | |
| 1/8 | 48153 | Check | | 1,658.75 | |
| 1/8 | 70781 | Check | | 208.98 | |
| 1/8 | 70698 | Check | | 305.21 | |

Account number:  ████4017  ■  January 1, 2019 - January 31, 2019  ■  Page 4 of 15



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 1/8 | 48174 | Check | | 306.00 | |
| 1/8 | 48198 | Check | | 550.00 | |
| 1/8 | 48185 | Check | | 870.40 | 107,480.72 |
| 1/9 | | Bbonepmt Bbsale 190107 544068086633279 MAC and Bobs Restauran | 24.46 | | |
| 1/9 | | Hrtland Pmt Sys Txns/Fees 650000003942532 MAC N Bobs | 5,495.01 | | |
| 1/9 | | Deposit | 150.00 | | |
| 1/9 | | Deposit | 1,008.25 | | |
| 1/9 | | Deposit | 299.42 | | |
| 1/9 | 48158 | Check | | 88.40 | |
| 1/9 | 48203 | Check | | 311.90 | |
| 1/9 | 48179 | Check | | 72.50 | |
| 1/9 | 70681 | Check | | 175.63 | |
| 1/9 | 48189 | Check | | 270.10 | |
| 1/9 | 48183 | Check | | 391.94 | |
| 1/9 | 48147 | Check | | 798.52 | |
| 1/9 | 70745 | Check | | 113.44 | |
| 1/9 | 70749 | Check | | 477.50 | |
| 1/9 | 70684 | Check | | 595.44 | |
| 1/9 | 48184 | Check | | 580.53 | 110,581.96 |
| 1/10 | | Hrtland Pmt Sys Txns/Fees 650000003942532 MAC N Bobs | 6,434.28 | | |
| 1/10 | | Deposit | 528.75 | | |
| 1/10 | < | Business to Business ACH Debit - Tsys/Transfirst Discount Dec 18 543684555850913 543684555850913 MAC and Bobs Discount | | 47.00 | |
| 1/10 | < | Business to Business ACH Debit - VA Dept Taxation Tax Paymen 190109 xxxxx3728 Mactanz Inc | | 156.67 | |
| 1/10 | 48186 | Check | | 273.38 | |
| 1/10 | 48206 | Check | | 173.74 | |
| 1/10 | 48187 | Check | | 95.24 | |
| 1/10 | 48162 | Check | | 5,623.84 | |
| 1/10 | 48192 | Check | | 119.94 | |
| 1/10 | 48209 | Check | | 530.00 | |
| 1/10 | 48145 | Check | | 359.03 | |
| 1/10 | 48201 | Check | | 564.15 | |
| 1/10 | 70625 | Check | | 5.16 | |
| 1/10 | 70706 | Check | | 10.07 | |
| 1/10 | 70725 | Check | | 286.75 | |
| 1/10 | 48170 | Check | | 289.58 | |
| 1/10 | 48199 | Check | | 93.50 | 108,916.94 |
| 1/11 | | Bbonepmt Bbsale 190109 544068086633279 MAC and Bobs Restauran | 41.15 | | |
| 1/11 | | Hrtland Pmt Sys Txns/Fees 650000003942532 MAC N Bobs | 7,046.62 | | |
| 1/11 | | Deposit | 548.41 | | |
| 1/11 | 70793 | Cashed Check | | 1,066.39 | |
| 1/11 | 70859 | Deposited OR Cashed Check | | 1,209.84 | |
| 1/11 | 70880 | Deposited OR Cashed Check | | 190.61 | |
| 1/11 | 70811 | Deposited OR Cashed Check | | 743.77 | |
| 1/11 | 70843 | Deposited OR Cashed Check | | 2,295.95 | |
| 1/11 | 70786 | Cashed Check | | 508.60 | |
| 1/11 | 70814 | Deposited OR Cashed Check | | 779.12 | |
| 1/11 | 70860 | Cashed Check | | 435.06 | |
| 1/11 | 48193 | Check | | 445.04 | |
| 1/11 | 48205 | Check | | 597.70 | |
| 1/11 | 48202 | Check | | 823.00 | |
| 1/11 | 70804 | Check | | 152.49 | |
| 1/11 | 70812 | Check | | 472.98 | |
| 1/11 | 70858 | Check | | 920.02 | |
| 1/11 | 48196 | Check | | 28.11 | |
| 1/11 | 48195 | Check | | 99.05 | |
| 1/11 | 48213 | Check | | 168.03 | |
| 1/11 | 48194 | Check | | 320.27 | |
| 1/11 | 70797 | Check | | 285.61 | |

Account number:  ▓▓▓▓4017  ■  January 1, 2019 - January 31, 2019  ■  Page 5 of 15



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 1/11 | 70795 | Check | | 184.93 | |
| 1/11 | 70870 | Check | | 565.82 | |
| 1/11 | 70869 | Check | | 725.64 | |
| 1/11 | 70807 | Check | | 749.45 | |
| 1/11 | 48177 | Check | | 16.05 | |
| 1/11 | 70846 | Check | | 114.75 | |
| 1/11 | 48200 | Check | | 235.30 | |
| 1/11 | 48210 | Check | | 246.50 | |
| 1/11 | 70851 | Check | | 307.92 | |
| 1/11 | 48197 | Check | | 477.00 | |
| 1/11 | 70822 | Check | | 1,066.39 | |
| 1/11 | 70845 | Check | | 1,192.05 | |
| 1/11 | 70782 | Check | | 1,419.12 | |
| 1/11 | 48207 | Check | | 277.50 | |
| 1/11 | 70883 | Check | | 289.17 | |
| 1/11 | 70809 | Check | | 263.26 | |
| 1/11 | 70863 | Check | | 425.77 | |
| 1/11 | 70881 | Check | | 475.91 | |
| 1/11 | 48176 | Check | | 50.00 | |
| 1/11 | 48143 | Check | | 425.00 | 95,503.95 |
| 1/14 | | Deposit | 803.29 | | |
| 1/14 | | Hrtland Pmt Sys Txns/Fees 650000003942532 MAC N Bobs | 8,283.56 | | |
| 1/14 | | Hrtland Pmt Sys Txns/Fees 650000003942532 MAC N Bobs | 13,106.86 | | |
| 1/14 | | Hrtland Pmt Sys Txns/Fees 650000003942532 MAC N Bobs | 16,600.93 | | |
| 1/14 | | Deposit | 422.71 | | |
| 1/14 | | Deposit | 167.13 | | |
| 1/14 | 70864 | Deposited OR Cashed Check | | 271.13 | |
| 1/14 | 48212 | Deposited OR Cashed Check | | 5,000.00 | |
| 1/14 | 70823 | Deposited OR Cashed Check | | 332.51 | |
| 1/14 | 70806 | Cashed Check | | 72.14 | |
| 1/14 | 70838 | Deposited OR Cashed Check | | 26.68 | |
| 1/14 | 48191 | Check | | 5,360.75 | |
| 1/14 | 70784 | Check | | 11.43 | |
| 1/14 | 70861 | Check | | 325.77 | |
| 1/14 | 48220 | Check | | 242.78 | |
| 1/14 | 70833 | Check | | 12.34 | |
| 1/14 | 48188 | Check | | 6,385.89 | |
| 1/14 | 48204 | Check | | 268.43 | |
| 1/14 | 70836 | Check | | 47.89 | |
| 1/14 | 70810 | Check | | 43.17 | |
| 1/14 | 48208 | Check | | 165.72 | |
| 1/14 | 70828 | Check | | 176.22 | |
| 1/14 | 48221 | Check | | 249.20 | |
| 1/14 | 48223 | Check | | 440.20 | |
| 1/14 | 70623 | Check | | 20.29 | |
| 1/14 | 70855 | Check | | 30.52 | |
| 1/14 | 70704 | Check | | 44.99 | |
| 1/14 | 70805 | Check | | 184.66 | |
| 1/14 | 48230 | Check | | 375.00 | |
| 1/14 | 48214 | Check | | 1,007.00 | |
| 1/14 | 48217 | Check | | 111.00 | |
| 1/14 | 70696 | Check | | 31.75 | |
| 1/14 | 70652 | Check | | 91.59 | |
| 1/14 | 70865 | Check | | 142.08 | |
| 1/14 | 70789 | Check | | 130.04 | |
| 1/14 | 48181 | Check | | 154.24 | 113,133.02 |
| 1/15 | | Deposit | 281.68 | | |
| 1/15 | 70835 | Deposited OR Cashed Check | | 4.89 | |
| 1/15 | 70830 | Deposited OR Cashed Check | | 22.75 | |
| 1/15 | 70711 | Cashed Check | | 36.71 | |
| 1/15 | < | Business to Business ACH Debit - VA Dept Taxation Tax Paymen 190114 xxxxx3728 Mactanz Inc | | 16,454.65 | |

Account number: ■■■■4017  ■ January 1, 2019 - January 31, 2019  ■ Page 6 of 15



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 1/15 | 70800 | Check | | 125.07 | |
| 1/15 | 70803 | Check | | 187.09 | |
| 1/15 | 70849 | Check | | 361.04 | |
| 1/15 | 70792 | Check | | 390.97 | |
| 1/15 | 70877 | Check | | 776.89 | |
| 1/15 | 70817 | Check | | 433.42 | |
| 1/15 | 70787 | Check | | 8.80 | |
| 1/15 | 70884 | Check | | 219.19 | |
| 1/15 | 48218 | Check | | 608.25 | |
| 1/15 | 48219 | Check | | 5,708.50 | |
| 1/15 | 48233 | Check | | 2,016.00 | |
| 1/15 | 48232 | Check | | 473.95 | |
| 1/15 | 48231 | Check | | 994.13 | |
| 1/15 | 70834 | Check | | 656.22 | |
| 1/15 | 70878 | Check | | 2,136.42 | |
| 1/15 | 48225 | Check | | 306.00 | |
| 1/15 | 48228 | Check | | 171.65 | 81,322.11 |
| 1/16 | | Bbonepmt Bbsale 190112 544068086633279 MAC and Bobs Restauran | 21.00 | | |
| 1/16 | | Bbonepmt Bbsale 190113 544068086633279 MAC and Bobs Restauran | 37.34 | | |
| 1/16 | | Bbonepmt Bbsale 190114 544068086633279 MAC and Bobs Restauran | 62.95 | | |
| 1/16 | | Hrtland Pmt Sys Txns/Fees 650000003942532 MAC N Bobs | 7,257.64 | | |
| 1/16 | | Deposit | 493.30 | | |
| 1/16 | 70829 | Deposited OR Cashed Check | | 16.60 | |
| 1/16 | < | Business to Business ACH Debit - IRS Usataxpymt 011619 220941695521708 Mactanz Inc | | 12,146.22 | |
| 1/16 | 70839 | Check | | 188.40 | |
| 1/16 | 70872 | Check | | 603.88 | |
| 1/16 | 48238 | Check | | 273.38 | |
| 1/16 | 48222 | Check | | 2,371.77 | |
| 1/16 | 48149 | Check | | 47.81 | |
| 1/16 | 48245 | Check | | 84.00 | |
| 1/16 | 48239 | Check | | 140.50 | |
| 1/16 | 48227 | Check | | 168.70 | |
| 1/16 | 48235 | Check | | 179.64 | |
| 1/16 | 70802 | Check | | 282.79 | |
| 1/16 | 48241 | Check | | 1,440.24 | |
| 1/16 | 48234 | Check | | 547.07 | 70,703.34 |
| 1/17 | | Bbonepmt Bbsale 190115 544068086633279 MAC and Bobs Restauran | 21.13 | | |
| 1/17 | | Hrtland Pmt Sys Txns/Fees 650000003942532 MAC N Bobs | 6,977.13 | | |
| 1/17 | | Deposit | 691.45 | | |
| 1/17 | 70848 | Deposited OR Cashed Check | | 717.50 | |
| 1/17 | 70866 | Deposited OR Cashed Check | | 1,419.12 | |
| 1/17 | 70882 | Deposited OR Cashed Check | | 2,136.42 | |
| 1/17 | < | Business to Business ACH Debit - VA Dept Taxation Tax Paymen 190116 xxxxx3728 Mactanz Inc | | 1,906.30 | |
| 1/17 | 70713 | Check | | 36.36 | |
| 1/17 | 70856 | Check | | 102.00 | |
| 1/17 | 48236 | Check | | 6,440.00 | |
| 1/17 | 48251 | Check | | 933.10 | |
| 1/17 | 48240 | Check | | 184.41 | |
| 1/17 | 48237 | Check | | 162.39 | |
| 1/17 | 48180 | Check | | 116.46 | 64,238.99 |
| 1/18 | | Hrtland Pmt Sys Txns/Fees 650000003942532 MAC N Bobs | 16,586.66 | | |
| 1/18 | 70850 | Deposited OR Cashed Check | | 620.09 | |
| 1/18 | 48246 | Check | | 792.10 | |
| 1/18 | 48249 | Check | | 447.00 | |
| 1/18 | 48171 | Check | | 1,504.15 | |
| 1/18 | 48248 | Check | | 117.36 | |

Account number:  ████4017  ■  January 1, 2019 - January 31, 2019  ■  Page 7 of 15



## Transaction history  (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|--------------|-------------|-------------------|---------------------|----------------------|
| 1/18 | 48247 | Check | | 159.00 | |
| 1/18 | 48253 | Check | | 163.70 | |
| 1/18 | 48244 | Check | | 381.45 | |
| 1/18 | 70885 | Check | | 1,477.92 | |
| 1/18 | 48254 | Check | | 87.50 | 75,075.38 |
| 1/22 | | Bbonepmt Bbsale 190117 544068086633279 MAC and Bobs Restauran | 101.98 | | |
| 1/22 | | Deposit | 892.32 | | |
| 1/22 | | Hrtland Pmt Sys Txns/Fees 650000003942532 MAC N Bobs | 12,511.53 | | |
| 1/22 | | Hrtland Pmt Sys Txns/Fees 650000003942532 MAC N Bobs | 14,972.83 | | |
| 1/22 | | Hrtland Pmt Sys Txns/Fees 650000003942532 MAC N Bobs | 17,751.74 | | |
| 1/22 | | Deposit | 339.40 | | |
| 1/22 | | Deposit | 884.61 | | |
| 1/22 | | Deposit | 926.68 | | |
| 1/22 | 48224 | Deposited OR Cashed Check | | 5,000.00 | |
| 1/22 | 70739 | Deposited OR Cashed Check | | 252.50 | |
| 1/22 | 48260 | Check | | 357.05 | |
| 1/22 | < | Business to Business ACH Debit - IRS Usataxpymt 012219 220942274400731 Mactanz Inc | | 1,998.10 | |
| 1/22 | 48250 | Check | | 270.96 | |
| 1/22 | 48226 | Check | | 112.22 | |
| 1/22 | 48267 | Check | | 200.97 | |
| 1/22 | 48272 | Check | | 2,079.60 | |
| 1/22 | 48265 | Check | | 95.90 | |
| 1/22 | 48264 | Check | | 243.30 | |
| 1/22 | 48266 | Check | | 4,452.29 | |
| 1/22 | 70808 | Check | | 50.85 | |
| 1/22 | 48263 | Check | | 188.06 | |
| 1/22 | 70632 | Check | | 76.86 | |
| 1/22 | 48271 | Check | | 109.90 | |
| 1/22 | 48257 | Check | | 161.95 | |
| 1/22 | 48281 | Check | | 259.40 | |
| 1/22 | 48259 | Check | | 276.10 | |
| 1/22 | 48268 | Check | | 293.63 | |
| 1/22 | 48269 | Check | | 652.30 | |
| 1/22 | 48274 | Check | | 255.00 | |
| 1/22 | 48255 | Check | | 63.16 | |
| 1/22 | 48256 | Check | | 635.10 | |
| 1/22 | 48229 | Check | | 149.00 | |
| 1/22 | 48252 | Check | | 625.00 | |
| 1/22 | 48270 | Check | | 68.00 | |
| 1/22 | 48258 | Check | | 785.30 | 103,743.97 |
| 1/23 | | Bbonepmt Bbsale 190118 544068086633279 MAC and Bobs Restauran | 37.12 | | |
| 1/23 | | Deposit | 40.57 | | |
| 1/23 | < | Business to Business ACH Debit - IRS Usataxpymt 012319 220942363689476 Mactanz Inc | | 576.62 | |
| 1/23 | 70798 | Check | | 30.89 | |
| 1/23 | 48169 | Check | | 6,836.78 | |
| 1/23 | 48280 | Check | | 324.40 | |
| 1/23 | 48279 | Check | | 273.38 | |
| 1/23 | 48164 | Check | | 17,953.65 | |
| 1/23 | 48261 | Check | | 80.00 | |
| 1/23 | 48288 | Check | | 327.15 | |
| 1/23 | 70879 | Check | | 40.19 | |
| 1/23 | 70842 | Check | | 434.66 | |
| 1/23 | 70871 | Check | | 461.10 | |
| 1/23 | 70785 | Check | | 601.34 | |
| 1/23 | 48273 | Check | | 540.42 | 75,341.08 |
| 1/24 | | Bbonepmt Bbsale 190119 544068086633279 MAC and Bobs Restauran | 26.00 | | |

Account number: ████████4017 ■ January 1, 2019 - January 31, 2019 ■ Page 8 of 15



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------|-------------|----------|-----------|---------|
| 1/24 | | Bbonepmt Bbsale 190120 544068086633279 MAC and Bobs Restauran | 29.75 | | |
| 1/24 | | Bbonepmt Bbsale 190121 544068086633279 MAC and Bobs Restauran | 127.36 | | |
| 1/24 | | Hrtland Pmt Sys Txns/Fees 650000003942532 MAC N Bobs | 6,770.63 | | |
| 1/24 | | Deposit | 233.82 | | |
| 1/24 | 48287 | Check | | 150.00 | |
| 1/24 | < | Business to Business ACH Debit - VA Dept Taxation Tax Paymen 190123 xxxxx3728 Mactanz Inc | | 98.46 | |
| 1/24 | < | Business to Business ACH Debit - VA Dept Taxation Tax Paymen 190123 xxxxx3728 Mactanz Inc | | 325.80 | |
| 1/24 | 48275 | Check | | 123.76 | |
| 1/24 | 48278 | Check | | 105.99 | |
| 1/24 | 48277 | Check | | 7,641.48 | |
| 1/24 | 48291 | Check | | 1,149.42 | |
| 1/24 | 70504 | Check | | 17.14 | |
| 1/24 | 70821 | Check | | 23.42 | |
| 1/24 | 48285 | Check | | 125.10 | |
| 1/24 | 48298 | Check | | 188.64 | |
| 1/24 | 48296 | Check | | 244.18 | 72,335.25 |
| 1/25 | | Hrtland Pmt Sys Txns/Fees 650000003942532 MAC N Bobs | 8,146.35 | | |
| 1/25 | 70896 | Cashed Check | | 1,067.22 | |
| 1/25 | 70962 | Deposited OR Cashed Check | | 1,210.67 | |
| 1/25 | 70889 | Deposited OR Cashed Check | | 183.72 | |
| 1/25 | 70942 | Deposited OR Cashed Check | | 54.10 | |
| 1/25 | 70985 | Deposited OR Cashed Check | | 186.54 | |
| 1/25 | 70913 | Deposited OR Cashed Check | | 778.96 | |
| 1/25 | 70940 | Deposited OR Cashed Check | | 40.56 | |
| 1/25 | 70948 | Deposited OR Cashed Check | | 2,299.90 | |
| 1/25 | 70961 | Cashed Check | | 961.95 | |
| 1/25 | 70914 | Cashed Check | | 597.20 | |
| 1/25 | 70954 | Deposited OR Cashed Check | | 798.86 | |
| 1/25 | 70920 | Cashed Check | | 575.00 | |
| 1/25 | 70963 | Cashed Check | | 664.69 | |
| 1/25 | 48290 | Check | | 402.85 | |
| 1/25 | 48276 | Check | | 19.42 | |
| 1/25 | 48215 | Check | | 350.00 | |
| 1/25 | 70906 | Check | | 40.89 | |
| 1/25 | 48289 | Check | | 394.00 | |
| 1/25 | 48092 | Check | | 75.00 | |
| 1/25 | 70900 | Check | | 211.81 | |
| 1/25 | 70939 | Check | | 53.32 | |
| 1/25 | 48286 | Check | | 152.20 | |
| 1/25 | 48295 | Check | | 190.20 | |
| 1/25 | 70909 | Check | | 678.01 | |
| 1/25 | 48283 | Check | | 692.92 | |
| 1/25 | 48243 | Check | | 1,052.46 | |
| 1/25 | 70924 | Check | | 1,067.22 | |
| 1/25 | 48293 | Check | | 545.70 | |
| 1/25 | 70950 | Check | | 1,210.67 | |
| 1/25 | 70886 | Check | | 1,420.54 | |
| 1/25 | 70911 | Check | | 281.55 | |
| 1/25 | 70966 | Check | | 782.78 | |
| 1/25 | 70916 | Check | | 895.84 | |
| 1/25 | 70964 | Check | | 264.48 | 60,280.37 |
| 1/28 | | Bbonepmt Bbsale 190124 544068086633279 MAC and Bobs Restauran | 10.30 | | |
| 1/28 | | Hrtland Pmt Sys Txns/Fees 650000003942532 MAC N Bobs | 9,476.05 | | |
| 1/28 | | Hrtland Pmt Sys Txns/Fees 650000003942532 MAC N Bobs | 14,561.67 | | |
| 1/28 | | Hrtland Pmt Sys Txns/Fees 650000003942532 MAC N Bobs | 15,524.43 | | |
| 1/28 | | Deposit | 50.61 | | |
| 1/28 | | Deposit | 763.66 | | |



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 1/28 | 70967 | Deposited OR Cashed Check | | 241.07 | |
| 1/28 | 48308 | Cashed Check | | 50.00 | |
| 1/28 | 70932 | Deposited OR Cashed Check | | 119.52 | |
| 1/28 | 70831 | Deposited OR Cashed Check | | 120.76 | |
| 1/28 | 70721 | Deposited OR Cashed Check | | 148.35 | |
| 1/28 | 70947 | Deposited OR Cashed Check | | 211.86 | |
| 1/28 | 70925 | Deposited OR Cashed Check | | 399.45 | |
| 1/28 | 70980 | Deposited OR Cashed Check | | 179.20 | |
| 1/28 | 48302 | Check | | 158.10 | |
| 1/28 | 70908 | Check | | 77.45 | |
| 1/28 | 70969 | Check | | 125.70 | |
| 1/28 | 70898 | Check | | 234.09 | |
| 1/28 | 70895 | Check | | 343.98 | |
| 1/28 | 70973 | Check | | 586.20 | |
| 1/28 | 70972 | Check | | 732.87 | |
| 1/28 | 70975 | Check | | 809.24 | |
| 1/28 | 48304 | Check | | 127.36 | |
| 1/28 | 48299 | Check | | 451.16 | |
| 1/28 | 70934 | Check | | 1.99 | |
| 1/28 | 70873 | Check | | 121.61 | |
| 1/28 | 70976 | Check | | 198.42 | |
| 1/28 | 70780 | Check | | 258.77 | |
| 1/28 | 48292 | Check | | 247.95 | |
| 1/28 | 70892 | Check | | 116.27 | |
| 1/28 | 48306 | Check | | 140.51 | |
| 1/28 | 48282 | Check | | 170.14 | |
| 1/28 | 48305 | Check | | 272.90 | |
| 1/28 | 70929 | Check | | 406.51 | |
| 1/28 | 48309 | Check | | 578.40 | |
| 1/28 | 48301 | Check | | 518.65 | |
| 1/28 | 70935 | Check | | 781.95 | |
| 1/28 | 48314 | Check | | 60.00 | |
| 1/28 | 48297 | Check | | 75.00 | |
| 1/28 | 48307 | Check | | 1,520.33 | |
| 1/28 | 48318 | Check | | 34.10 | |
| 1/28 | 48320 | Check | | 106.89 | |
| 1/28 | 48317 | Check | | 336.96 | |
| 1/28 | 48300 | Check | | 612.60 | 88,990.78 |
| 1/29 | | Bbonepmt Bbsale 190125 544068086633279 MAC and Bobs Restauran | 25.01 | | |
| 1/29 | | Hrtland Pmt Sys Txns/Fees 650000003942532 MAC N Bobs | 9,724.95 | | |
| 1/29 | | Deposit | 641.94 | | |
| 1/29 | 70952 | Deposited OR Cashed Check | | 718.46 | |
| 1/29 | 70970 | Deposited OR Cashed Check | | 1,420.54 | |
| 1/29 | 70986 | Deposited OR Cashed Check | | 2,137.85 | |
| 1/29 | 70857 | Cashed Check | | 13.25 | |
| 1/29 | < | Business to Business ACH Debit - IRS Usataxpymt 012919 220942935355199 Mactanz Inc | | 596.07 | |
| 1/29 | 70899 | Check | | 24.60 | |
| 1/29 | 70675 | Check | | 41.51 | |
| 1/29 | 70917 | Check | | 159.61 | |
| 1/29 | 70905 | Check | | 253.91 | |
| 1/29 | 70953 | Check | | 442.98 | |
| 1/29 | 70981 | Check | | 662.54 | |
| 1/29 | 70955 | Check | | 177.57 | |
| 1/29 | 70945 | Check | | 474.25 | |
| 1/29 | 48310 | Check | | 104.25 | |
| 1/29 | 48321 | Check | | 20.82 | |
| 1/29 | 48322 | Check | | 1,933.06 | |
| 1/29 | 48262 | Check | | 19.68 | |
| 1/29 | 48211 | Check | | 100.72 | |
| 1/29 | 70958 | Check | | 155.09 | |

Account number: ████4017 ■ January 1, 2019 - January 31, 2019 ■ Page 10 of 15



### Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 1/29 | 70982 | Check | | 63.50 | |
| 1/29 | 70790 | Check | | 118.27 | |
| 1/29 | 70893 | Check | | 149.57 | |
| 1/29 | 48315 | Check | | 306.00 | |
| 1/29 | 70937 | Check | | 123.53 | |
| 1/29 | 48303 | Check | | 5,514.49 | 83,650.56 |
| 1/30 | | Bbonepmt Bbsale 190127 544068086633279 MAC and Bobs Restauran | 32.57 | | |
| 1/30 | | Bbonepmt Bbsale 190126 544068086633279 MAC and Bobs Restauran | 83.11 | | |
| 1/30 | | Bbonepmt Bbsale 190128 544068086633279 MAC and Bobs Restauran | 161.67 | | |
| 1/30 | | Hrtland Pmt Sys Txns/Fees 650000003942532 MAC N Bobs | 9,963.88 | | |
| 1/30 | | Deposit | 272.46 | | |
| 1/30 | 48284 | Deposited OR Cashed Check | | 5,000.00 | |
| 1/30 | < | Business to Business ACH Debit - IRS Usataxpymt 013019 220943014535197 Mactanz Inc | | 13,210.37 | |
| 1/30 | 70904 | Check | | 385.29 | |
| 1/30 | 70930 | Check | | 54.31 | |
| 1/30 | 48329 | Check | | 257.00 | |
| 1/30 | 48333 | Check | | 80.00 | |
| 1/30 | 48334 | Check | | 105.00 | |
| 1/30 | 70959 | Check | | 14.09 | |
| 1/30 | 48316 | Check | | 64.50 | |
| 1/30 | 48325 | Check | | 242.20 | |
| 1/30 | 48323 | Check | | 337.15 | 74,414.34 |
| 1/31 | | Bbonepmt Bbsale 190129 544068086633279 MAC and Bobs Restauran | 19.79 | | |
| 1/31 | | Deposit | 112.40 | | |
| 1/31 | | Paypal Transfer 190131 1004848284412 MAC and Bobs Restauran | 82.91 | | |
| 1/31 | 70931 | Deposited OR Cashed Check | | 37.01 | |
| 1/31 | < | Business to Business ACH Debit - VA Dept Taxation Tax Paymen 190130 xxxxx3728 Mactanz Inc | | 2,060.03 | |
| 1/31 | 48326 | Check | | 7,704.51 | |
| 1/31 | 48331 | Check | | 229.26 | |
| 1/31 | 48336 | Check | | 499.74 | |
| 1/31 | 48338 | Check | | 358.23 | |
| 1/31 | 48324 | Check | | 1,001.54 | |
| 1/31 | 48311 | Check | | 279.05 | |
| 1/31 | 70907 | Check | | 367.50 | |
| 1/31 | 70984 | Check | | 2,137.85 | |
| 1/31 | 48328 | Check | | 100.00 | |
| 1/31 | | Transactions Fee | | 153.00 | |
| 1/31 | | Cash Deposited Fee | | 13.50 | 59,688.22 |
| **Ending balance on 1/31** | | | | | 59,688.22 |
| **Totals** | | | **$298,677.22** | **$335,106.26** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

< *Business to Business ACH:If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.*

### Summary of checks written  (checks listed are also displayed in the preceding Transaction history)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 47954 | 1/8 | 649.85 | 48073 | 1/2 | 412.25 | 48092 * | 1/25 | 75.00 |
| 48072 * | 1/2 | 326.43 | 48075 * | 1/3 | 63.12 | 48100 * | 1/7 | 95.24 |

Account number:  ███████4017  ■  January 1, 2019 - January 31, 2019  ■  Page 11 of 15



## Summary of checks written  (continued)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 48114 * | 1/2 | 7,559.83 | 48172 | 1/7 | 649.00 | 48225 | 1/15 | 306.00 |
| 48117 * | 1/3 | 98.62 | 48174 * | 1/8 | 306.00 | 48226 | 1/22 | 112.22 |
| 48121 * | 1/3 | 80.00 | 48176 * | 1/11 | 50.00 | 48227 | 1/16 | 168.70 |
| 48122 | 1/2 | 408.00 | 48177 | 1/11 | 16.05 | 48228 | 1/15 | 171.65 |
| 48123 | 1/2 | 595.83 | 48178 | 1/8 | 210.86 | 48229 | 1/22 | 149.00 |
| 48124 | 1/2 | 208.90 | 48179 | 1/9 | 72.50 | 48230 | 1/14 | 375.00 |
| 48125 | 1/2 | 235.34 | 48180 | 1/17 | 116.46 | 48231 | 1/15 | 994.13 |
| 48126 | 1/2 | 273.38 | 48181 | 1/14 | 154.24 | 48232 | 1/15 | 473.95 |
| 48127 | 1/3 | 195.00 | 48182 | 1/8 | 2,060.81 | 48233 | 1/15 | 2,016.00 |
| 48128 | 1/2 | 1,729.24 | 48183 | 1/9 | 391.94 | 48234 | 1/16 | 547.07 |
| 48129 | 1/4 | 162.39 | 48184 | 1/9 | 580.53 | 48235 | 1/16 | 179.64 |
| 48130 | 1/3 | 574.48 | 48185 | 1/8 | 870.40 | 48236 | 1/17 | 6,440.00 |
| 48131 | 1/8 | 6,476.49 | 48186 | 1/10 | 273.38 | 48237 | 1/17 | 162.39 |
| 48134 * | 1/4 | 6,141.08 | 48187 | 1/10 | 95.24 | 48238 | 1/16 | 273.38 |
| 48135 | 1/4 | 219.00 | 48188 | 1/14 | 6,385.89 | 48239 | 1/16 | 140.50 |
| 48136 | 1/2 | 303.00 | 48189 | 1/9 | 270.10 | 48240 | 1/17 | 184.41 |
| 48137 | 1/4 | 80.00 | 48190 | 1/8 | 139.00 | 48241 | 1/16 | 1,440.24 |
| 48138 | 1/3 | 1,789.20 | 48191 | 1/14 | 5,360.75 | 48243 * | 1/25 | 1,052.46 |
| 48139 | 1/4 | 378.90 | 48192 | 1/10 | 119.94 | 48244 | 1/18 | 381.45 |
| 48140 | 1/3 | 260.75 | 48193 | 1/11 | 445.04 | 48245 | 1/16 | 84.00 |
| 48141 | 1/4 | 453.90 | 48194 | 1/11 | 320.27 | 48246 | 1/18 | 792.10 |
| 48142 | 1/4 | 310.50 | 48195 | 1/11 | 99.05 | 48247 | 1/18 | 159.00 |
| 48143 | 1/11 | 425.00 | 48196 | 1/11 | 28.11 | 48248 | 1/18 | 117.36 |
| 48144 | 1/7 | 3,293.00 | 48197 | 1/11 | 477.00 | 48249 | 1/18 | 447.00 |
| 48145 | 1/10 | 359.03 | 48198 | 1/8 | 550.00 | 48250 | 1/22 | 270.96 |
| 48146 | 1/3 | 100.00 | 48199 | 1/10 | 93.50 | 48251 | 1/17 | 933.10 |
| 48147 | 1/9 | 798.52 | 48200 | 1/11 | 235.30 | 48252 | 1/22 | 625.00 |
| 48148 | 1/7 | 175.31 | 48201 | 1/10 | 564.15 | 48253 | 1/18 | 163.70 |
| 48149 | 1/16 | 47.81 | 48202 | 1/11 | 823.00 | 48254 | 1/18 | 87.50 |
| 48150 | 1/3 | 96.18 | 48203 | 1/9 | 311.90 | 48255 | 1/22 | 63.16 |
| 48151 | 1/7 | 31.57 | 48204 | 1/14 | 268.43 | 48256 | 1/22 | 635.10 |
| 48152 | 1/8 | 111.38 | 48205 | 1/11 | 597.70 | 48257 | 1/22 | 161.95 |
| 48153 | 1/8 | 1,658.75 | 48206 | 1/10 | 173.74 | 48258 | 1/22 | 785.30 |
| 48154 | 1/4 | 22.33 | 48207 | 1/11 | 277.50 | 48259 | 1/22 | 276.10 |
| 48155 | 1/4 | 47.97 | 48208 | 1/14 | 165.72 | 48260 | 1/22 | 357.05 |
| 48156 | 1/7 | 583.05 | 48209 | 1/10 | 530.00 | 48261 | 1/23 | 80.00 |
| 48157 | 1/4 | 57.06 | 48210 | 1/11 | 246.50 | 48262 | 1/29 | 19.68 |
| 48158 | 1/9 | 88.40 | 48211 | 1/29 | 100.72 | 48263 | 1/22 | 188.06 |
| 48159 | 1/7 | 247.45 | 48212 | 1/14 | 5,000.00 | 48264 | 1/22 | 243.30 |
| 48160 | 1/7 | 449.26 | 48213 | 1/11 | 168.03 | 48265 | 1/22 | 95.90 |
| 48161 | 1/7 | 116.88 | 48214 | 1/14 | 1,007.00 | 48266 | 1/22 | 4,452.29 |
| 48162 | 1/10 | 5,623.84 | 48215 | 1/25 | 350.00 | 48267 | 1/22 | 200.97 |
| 48163 | 1/4 | 252.40 | 48217 * | 1/14 | 111.00 | 48268 | 1/22 | 293.63 |
| 48164 | 1/23 | 17,953.65 | 48218 | 1/15 | 608.25 | 48269 | 1/22 | 652.30 |
| 48165 | 1/7 | 193.60 | 48219 | 1/15 | 5,708.50 | 48270 | 1/22 | 68.00 |
| 48167 * | 1/7 | 311.74 | 48220 | 1/14 | 242.78 | 48271 | 1/22 | 109.90 |
| 48168 | 1/8 | 99.00 | 48221 | 1/14 | 249.20 | 48272 | 1/22 | 2,079.60 |
| 48169 | 1/23 | 6,836.78 | 48222 | 1/16 | 2,371.77 | 48273 | 1/23 | 540.42 |
| 48170 | 1/10 | 289.58 | 48223 | 1/14 | 440.20 | 48274 | 1/22 | 255.00 |
| 48171 | 1/18 | 1,504.15 | 48224 | 1/22 | 5,000.00 | 48275 | 1/24 | 123.76 |

Account number:  ████4017  ■  January 1, 2019 - January 31, 2019  ■  Page 12 of 15



## Summary of checks written  (continued)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 48276 | 1/25 | 19.42 | 48333 | 1/30 | 80.00 | 70749 * | 1/9 | 477.50 |
| 48277 | 1/24 | 7,641.48 | 48334 | 1/30 | 105.00 | 70777 * | 1/7 | 717.50 |
| 48278 | 1/24 | 105.99 | 48336 * | 1/31 | 499.74 | 70778 | 1/7 | 1,419.12 |
| 48279 | 1/23 | 273.38 | 48338 * | 1/31 | 358.23 | 70779 | 1/8 | 475.91 |
| 48280 | 1/23 | 324.40 | 70265 * | 1/7 | 13.81 | 70780 | 1/28 | 258.77 |
| 48281 | 1/22 | 259.40 | 70480 * | 1/2 | 0.13 | 70781 | 1/8 | 208.98 |
| 48282 | 1/28 | 170.14 | 70504 * | 1/24 | 17.14 | 70782 | 1/11 | 1,419.12 |
| 48283 | 1/25 | 692.92 | 70583 * | 1/2 | 14.46 | 70784 * | 1/14 | 11.43 |
| 48284 | 1/30 | 5,000.00 | 70616 * | 1/3 | 50.62 | 70785 | 1/23 | 601.34 |
| 48285 | 1/24 | 125.10 | 70623 * | 1/14 | 20.29 | 70786 | 1/11 | 508.60 |
| 48286 | 1/25 | 152.20 | 70625 * | 1/10 | 5.16 | 70787 | 1/15 | 8.80 |
| 48287 | 1/24 | 150.00 | 70627 * | 1/4 | 76.88 | 70789 * | 1/14 | 130.04 |
| 48288 | 1/23 | 327.15 | 70632 * | 1/22 | 76.86 | 70790 | 1/29 | 118.27 |
| 48289 | 1/25 | 394.00 | 70649 * | 1/8 | 5.80 | 70792 * | 1/15 | 390.97 |
| 48290 | 1/25 | 402.85 | 70652 * | 1/14 | 91.59 | 70793 | 1/11 | 1,066.39 |
| 48291 | 1/24 | 1,149.42 | 70659 * | 1/4 | 258.77 | 70795 * | 1/11 | 184.93 |
| 48292 | 1/28 | 247.95 | 70670 * | 1/3 | 2,136.43 | 70797 * | 1/11 | 285.61 |
| 48293 | 1/25 | 545.70 | 70673 * | 1/2 | 386.96 | 70798 | 1/23 | 30.89 |
| 48295 * | 1/25 | 190.20 | 70675 * | 1/29 | 41.51 | 70800 * | 1/15 | 125.07 |
| 48296 | 1/24 | 244.18 | 70676 | 1/3 | 65.84 | 70802 * | 1/16 | 282.79 |
| 48297 | 1/28 | 75.00 | 70678 * | 1/7 | 2,136.42 | 70803 | 1/15 | 187.09 |
| 48298 | 1/24 | 188.64 | 70680 * | 1/2 | 713.40 | 70804 | 1/11 | 152.49 |
| 48299 | 1/28 | 451.16 | 70681 | 1/9 | 175.63 | 70805 | 1/14 | 184.66 |
| 48300 | 1/28 | 612.60 | 70684 * | 1/9 | 595.44 | 70806 | 1/14 | 72.14 |
| 48301 | 1/28 | 518.65 | 70688 * | 1/3 | 18.20 | 70807 | 1/11 | 749.45 |
| 48302 | 1/28 | 158.10 | 70693 * | 1/8 | 4.93 | 70808 | 1/22 | 50.85 |
| 48303 | 1/29 | 5,514.49 | 70696 * | 1/14 | 31.75 | 70809 | 1/11 | 263.26 |
| 48304 | 1/28 | 127.36 | 70698 * | 1/8 | 305.21 | 70810 | 1/14 | 43.17 |
| 48305 | 1/28 | 272.90 | 70699 | 1/2 | 810.54 | 70811 | 1/11 | 743.77 |
| 48306 | 1/28 | 140.51 | 70702 * | 1/4 | 144.08 | 70812 | 1/11 | 472.98 |
| 48307 | 1/28 | 1,520.33 | 70704 * | 1/14 | 44.99 | 70814 * | 1/11 | 779.12 |
| 48308 | 1/28 | 50.00 | 70705 | 1/2 | 27.67 | 70817 * | 1/15 | 433.42 |
| 48309 | 1/28 | 578.40 | 70706 | 1/10 | 10.07 | 70821 * | 1/24 | 23.42 |
| 48310 | 1/29 | 104.25 | 70708 * | 1/4 | 34.63 | 70822 | 1/11 | 1,066.39 |
| 48311 | 1/31 | 279.05 | 70710 * | 1/8 | 165.80 | 70823 | 1/14 | 332.51 |
| 48314 * | 1/28 | 60.00 | 70711 | 1/15 | 36.71 | 70828 * | 1/14 | 176.22 |
| 48315 | 1/29 | 306.00 | 70712 | 1/2 | 381.00 | 70829 | 1/16 | 16.60 |
| 48316 | 1/30 | 64.50 | 70713 | 1/17 | 36.36 | 70830 | 1/15 | 22.75 |
| 48317 | 1/28 | 336.96 | 70717 * | 1/2 | 772.08 | 70831 | 1/28 | 120.76 |
| 48318 | 1/28 | 34.10 | 70720 * | 1/3 | 35.45 | 70833 * | 1/14 | 12.34 |
| 48320 * | 1/28 | 106.89 | 70721 | 1/28 | 148.35 | 70834 | 1/15 | 656.22 |
| 48321 | 1/29 | 20.82 | 70724 * | 1/2 | 289.89 | 70835 | 1/15 | 4.89 |
| 48322 | 1/29 | 1,933.06 | 70725 | 1/10 | 286.75 | 70836 | 1/14 | 47.89 |
| 48323 | 1/30 | 337.15 | 70728 * | 1/2 | 188.72 | 70838 * | 1/14 | 26.68 |
| 48324 | 1/31 | 1,001.54 | 70731 * | 1/7 | 31.18 | 70839 | 1/16 | 188.40 |
| 48325 | 1/30 | 242.20 | 70736 * | 1/2 | 124.06 | 70842 * | 1/23 | 434.66 |
| 48326 | 1/31 | 7,704.51 | 70739 * | 1/22 | 252.50 | 70843 | 1/11 | 2,295.95 |
| 48328 * | 1/31 | 100.00 | 70741 * | 1/2 | 11.52 | 70845 * | 1/11 | 1,192.05 |
| 48329 | 1/30 | 257.00 | 70743 * | 1/7 | 21.71 | 70846 | 1/11 | 114.75 |
| 48331 * | 1/31 | 229.26 | 70745 * | 1/9 | 113.44 | 70848 * | 1/17 | 717.50 |

Account number: ██████4017  ■  January 1, 2019 - January 31, 2019  ■  Page 13 of 15



## Summary of checks written  (continued)

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 70849 | 1/15 | 361.04 | 70892 * | 1/28 | 116.27 | 70942 * | 1/25 | 54.10 |
| 70850 | 1/18 | 620.09 | 70893 | 1/29 | 149.57 | 70945 * | 1/29 | 474.25 |
| 70851 | 1/11 | 307.92 | 70895 * | 1/28 | 343.98 | 70947 * | 1/28 | 211.86 |
| 70855 * | 1/14 | 30.52 | 70896 | 1/25 | 1,067.22 | 70948 | 1/25 | 2,299.90 |
| 70856 | 1/17 | 102.00 | 70898 * | 1/28 | 234.09 | 70950 * | 1/25 | 1,210.67 |
| 70857 | 1/29 | 13.25 | 70899 | 1/29 | 24.60 | 70952 * | 1/29 | 718.46 |
| 70858 | 1/11 | 920.02 | 70900 | 1/25 | 211.81 | 70953 | 1/29 | 442.98 |
| 70859 | 1/11 | 1,209.84 | 70904 * | 1/30 | 385.29 | 70954 | 1/25 | 798.86 |
| 70860 | 1/11 | 435.06 | 70905 | 1/29 | 253.91 | 70955 | 1/29 | 177.57 |
| 70861 | 1/14 | 325.77 | 70906 | 1/25 | 40.89 | 70958 * | 1/29 | 155.09 |
| 70863 * | 1/11 | 425.77 | 70907 | 1/31 | 367.50 | 70959 | 1/30 | 14.09 |
| 70864 | 1/14 | 271.13 | 70908 | 1/28 | 77.45 | 70961 * | 1/25 | 981.95 |
| 70865 | 1/14 | 142.08 | 70909 | 1/25 | 678.01 | 70962 | 1/25 | 1,210.67 |
| 70866 | 1/17 | 1,419.12 | 70911 * | 1/25 | 281.55 | 70963 | 1/25 | 664.69 |
| 70869 * | 1/11 | 725.64 | 70913 * | 1/25 | 778.96 | 70964 | 1/25 | 264.48 |
| 70870 | 1/11 | 565.82 | 70914 | 1/25 | 597.20 | 70966 * | 1/25 | 782.78 |
| 70871 | 1/23 | 461.10 | 70916 * | 1/25 | 895.84 | 70967 | 1/28 | 241.07 |
| 70872 | 1/16 | 603.88 | 70917 | 1/29 | 159.61 | 70969 * | 1/28 | 125.70 |
| 70873 | 1/28 | 121.61 | 70920 * | 1/25 | 575.00 | 70970 | 1/29 | 1,420.54 |
| 70877 * | 1/15 | 776.89 | 70924 * | 1/25 | 1,067.22 | 70972 * | 1/28 | 732.87 |
| 70878 | 1/15 | 2,136.42 | 70925 | 1/28 | 399.45 | 70973 | 1/28 | 586.20 |
| 70879 | 1/23 | 40.19 | 70929 * | 1/28 | 406.51 | 70975 * | 1/28 | 809.24 |
| 70880 | 1/11 | 190.61 | 70930 | 1/30 | 54.31 | 70976 | 1/28 | 198.42 |
| 70881 | 1/11 | 475.91 | 70931 | 1/31 | 37.01 | 70980 * | 1/28 | 179.20 |
| 70882 | 1/17 | 2,136.42 | 70932 | 1/28 | 119.52 | 70981 | 1/29 | 662.54 |
| 70883 | 1/11 | 289.17 | 70934 * | 1/28 | 1.99 | 70982 | 1/29 | 63.50 |
| 70884 | 1/15 | 219.19 | 70935 | 1/28 | 781.95 | 70984 * | 1/31 | 2,137.85 |
| 70885 | 1/18 | 1,477.92 | 70937 * | 1/29 | 123.53 | 70985 | 1/25 | 186.54 |
| 70886 | 1/25 | 1,420.54 | 70939 * | 1/28 | 53.32 | 70986 | 1/29 | 2,137.85 |
| 70889 * | 1/25 | 183.72 | 70940 | 1/25 | 40.56 | | | |

*  Gap in check sequence.

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 01/01/2019 - 01/31/2019 | Standard monthly service fee $14.00 | You paid $0.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $7,500.00 | $85,813.00 ☑ |
| · A qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 ☐ |
| · A qualifying transaction from a linked Wells Fargo Merchant Services account | 1 | 0 ☐ |
| · Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 0 ☐ |
| - Enrollment in a linked Direct Pay service through Wells Fargo Business Online | 1 | 0 ☐ |
| · Combined balances in linked accounts, which may include | $10,000.00 | ☑ |
| - Average ledger balances in business checking, savings, and time accounts | | |

Account number:    ■■■■4017   ▪ January 1, 2019 - January 31, 2019  ▪ Page 14 of 15



---

**Monthly service fee summary (continued)**

**How to avoid the monthly service fee**                                   Minimum required          This fee period
  - Most recent statement balance in eligible Wells Fargo business credit cards and
    lines of credit, and combined average daily balances from the previous month
    in eligible Wells Fargo business and commercial loans and lines of credit
  - For complete details on how you can avoid the monthly service fee based on
    your combined balances please refer to page 7 of the Business Account Fee and
    Information Schedule at www.wellsfargo.com/biz/fee-information

WXWX

---

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 12,000 | 7,500 | 4,500 | 0.0030 | 13.50 |
| Transactions | 506 | 200 | 306 | 0.50 | 153.00 |
| **Total service charges** | | | | | **$166.50** |

Account number:  ████4017  ■ January 1, 2019 - January 31, 2019  ■ Page 15 of 15



### General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your                          $ _____
register or transfers into                                 $ _____
your account which are not                               + $ _____
shown on your statement.

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  | **Total amount** $ |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801