UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

IN RE:

MACTANZ, INC.,

    Debtor(s).

Chapter 11
Case No. 18-71255

## **BALLOT SUMMARY**

Mactanz, Inc., Debtor herein, submits the following summary of ballots received toward its Plan of Reorganization:

**Class 2, Priority Unsecured Creditors:**

|    | **From**           | **Claim Amount** | **Vote**  | **Opts out of the Releases** |
|----|--------------------|------------------|-----------|------------------------------|
| 1  | Erin Beard         | $ 3,086.00       | ACCEPTS   |                              |
| 2  | Charmonique Bell   | $ 521.00         | ACCEPTS   |                              |
| 3  | Isaac Belton       | $ 429.00         | ACCEPTS   |                              |
| 4  | Ryan Brauch        | $ 1,425.00       | ACCEPTS   |                              |
| 5  | Julianna Caldwell  | $ 1,040.00       | ACCEPTS   |                              |
| 6  | Amber Carr         | $ 145.00         | ACCEPTS   |                              |
| 7  | Crystal Carter     | $ 1,985.00       | ACCEPTS   |                              |
| 8  | Kara Carter        | $ 1,170.00       | ACCEPTS   |                              |
| 9  | Angela Castellano  | $ 1,181.00       | ACCEPTS   |                              |
| 10 | Hannah Clark       | $ 1,845.00       | ACCEPTS   |                              |
| 11 | Jared Cole         | $ 3,138.00       | ACCEPTS   |                              |
| 12 | Angel Compton      | $ 2,873.00       | ACCEPTS   |                              |
| 13 | Autumn Compton     | $ 1,561.00       | ACCEPTS   |                              |
| 14 | Megan Cooke        | $ 2,587.00       | ACCEPTS   |                              |
| 15 | Erin Cullen        | $ 769.00         | ACCEPTS   |                              |
| 16 | Brett Demole       | $ 2,993.00       | ACCEPTS   |                              |
| 17 | Ranishia Dent      | $ 1,607.00       | ACCEPTS   |                              |
| 18 | Ryan Doroshenk     | $ 792.00         | ACCEPTS   |                              |
| 19 | Emily Duhon        | $ 1,122.00       | ACCEPTS   |                              |
| 20 | Vanessa Edwards    | $ 1,591.00       | ACCEPTS   |                              |
| 21 | Krista Fink        | $ 620.00         | ACCEPTS   |                              |
| 22 | Evan Fisher        | $ 66.00          | ACCEPTS   |                              |
| 23 | Robert Flowers     | $ 990.00         | ACCEPTS   |                              |
| 24 | Sara Gower         | $ 466.00         | ACCEPTS   |                              |

MAGEE GOLDSTEIN
LASKY & SAYERS PC
ATTORNEYS

P.O. Box 404
Roanoke, Virginia 24003-0404
540.343.9800

ATTORNEYS AND COUNSELORS AT LAW

|    | **From**            | **Claim Amount** | **Vote** | **Opts out of the Releases** |
|----|---------------------|-----------------:|----------|------------------------------|
| 25 | Jonathan Hartman    | $ 1,449.00       | ACCEPTS  |                              |
| 26 | Ashley Hill         | $ 2,102.00       | ACCEPTS  |                              |
| 27 | Lauren Hudson       | $ 1,504.00       | ACCEPTS  |                              |
| 28 | Txo Hughes          | $ 1,257.00       | ACCEPTS  |                              |
| 29 | Beth Jones          | $ 197.00         | ACCEPTS  |                              |
| 30 | Jerry Jones         | $ 2,254.00       | ACCEPTS  |                              |
| 31 | Macey Jones         | $ 521.00         | ACCEPTS  |                              |
| 32 | Josiah Joyce        | $ 2,172.00       | ACCEPTS  |                              |
| 33 | Erika Kelliher      | $ 2,466.00       | ACCEPTS  |                              |
| 34 | Jordan Kurtz        | $ 156.00         | ACCEPTS  |                              |
| 35 | Natalie Lopez       | $ 3,568.00       | ACCEPTS  |                              |
| 36 | Nicole MacGregor    | $ 1,383.00       | ACCEPTS  |                              |
| 37 | Mandi Newton        | $ 589.00         | ACCEPTS  |                              |
| 38 | Robin Pickeral      | $ 2,020.00       | ACCEPTS  |                              |
| 39 | Ashley Plaugher     | $ 2,440.00       | ACCEPTS  |                              |
| 40 | Savannah Price      | $ 145.00         | ACCEPTS  |                              |
| 41 | Bobby Reynolds      | $ 2,168.00       | ACCEPTS  |                              |
| 42 | Lauren Rippee       | $ 1,013.00       | ACCEPTS  |                              |
| 43 | Sara Roberts        | $ 1,734.00       | ACCEPTS  |                              |
| 44 | Eric Shreve         | $ 190.00         | ACCEPTS  |                              |
| 45 | Ivy Silag-Stearns   | $ 477.00         | ACCEPTS  |                              |
| 46 | Kailey Simmons      | $ 1,942.00       | ACCEPTS  |                              |
| 47 | Morgan Smith        | $ 1,042.00       | ACCEPTS  |                              |
| 48 | Jose Tapia          | $ 4,708.00       | ACCEPTS  |                              |
| 49 | Quinn Vaughn        | $ 1,542.00       | ACCEPTS  |                              |
| 50 | Vanja Vukovic       | $ 1,290.00       | ACCEPTS  |                              |
| 51 | Heather Welch       | $ 1,509.00       | ACCEPTS  |                              |
|    | **Total Priority Unsecured Claims voting** | **$ 75,840.00** | | |

**Non-voting - 6 creditors with claims of $3,273.00**

**Class 5, Non-Priority Unsecured Creditors:**

|   | **From**          | **Claim Amount** | **Vote** | **Opts out of the Releases** |
|---|-------------------|-----------------:|----------|------------------------------|
| 1 | Susan Allen       | $ 2,947.00       | ACCEPTS  |                              |
| 2 | Erin Beard        | $ 259.00         | ACCEPTS  |                              |
| 3 | Charmonique Bell  | $ 521.00         | ACCEPTS  |                              |
| 4 | Isaac Belton      | $ 694.00         | ACCEPTS  |                              |
| 5 | Ellen Best        | $ 3,967.00       | ACCEPTS  |                              |
| 6 | Ryan Brauch       | $ 2,059.00       | ACCEPTS  |                              |

MAGEE GOLDSTEIN LASKY & SAYERS pc
ATTORNEYS

P.O. Box 404
Roanoke, Virginia 24003-0404
540.343.9800

ATTORNEYS AND COUNSELORS AT LAW

|    | **From** | **Claim Amount** | **Vote** | **Opts out of the Releases** |
|----|----------|------------------|----------|------------------------------|
| 7  | Emily Brun | $ 5,257.00 | ACCEPTS | |
| 8  | Sara Byrd | $ 4,727.00 | ACCEPTS | |
| 9  | Julianna Caldwell | $ 3,819.00 | ACCEPTS | |
| 10 | Amber Carr | $ 110.00 | ACCEPTS | |
| 11 | Timothy Carroll | $ 1,986.00 | ACCEPTS | |
| 12 | Crystal Carter | $ 5,806.00 | ACCEPTS | |
| 13 | Jeremy Carter | $ 3,303.00 | ACCEPTS | |
| 14 | Kara Carter | $ 3,892.00 | ACCEPTS | |
| 15 | Noah Carter | $ 1,021.00 | ACCEPTS | |
| 16 | Angela Castellano | $ 1,048.00 | ACCEPTS | |
| 17 | Hannah Clark | $ 8,470.00 | ACCEPTS | |
| 18 | Jared Cole | $ 11,321.00 | ACCEPTS | |
| 19 | Angel Compton | $ 4,713.00 | ACCEPTS | |
| 20 | Autumn Compton | $ 1,427.00 | ACCEPTS | |
| 21 | Paige Crocker | $ 35.00 | ACCEPTS | |
| 22 | Erin Cullen | $ 942.00 | ACCEPTS | |
| 23 | Brett Demole | $ 13,079.00 | ACCEPTS | |
| 24 | Joey Dishaw | $ 2,309.00 | ACCEPTS | |
| 25 | Ryan Doroshank | $ 6,728.00 | ACCEPTS | |
| 26 | Emily Duhon | $ 1,378.00 | ACCEPTS | |
| 27 | Vanessa Edwards | $ 2,322.00 | ACCEPTS | |
| 28 | Will Fabrie | $ 5,711.00 | ACCEPTS | |
| 29 | Krista Fink | $ 3,629.00 | ACCEPTS | |
| 30 | Evan Fisher | $ 349.00 | ACCEPTS | |
| 31 | Robert Flowers | $ 2,009.00 | ACCEPTS | |
| 32 | Rachel Garrison | $ 4,455.00 | ACCEPTS | |
| 33 | Jordan Geary | $ 1,784.00 | ACCEPTS | |
| 34 | Ashley Gladden | $ 2,953.00 | ACCEPTS | |
| 35 | Sara Groft | $ 2,279.00 | ACCEPTS | |
| 36 | James Hall | $ 260.00 | ACCEPTS | |
| 37 | Lauren Harris | $ 2,345.00 | ACCEPTS | |
| 38 | Jonathan Hartman | $ 4,936.00 | ACCEPTS | |
| 39 | Ashley Hill | $ 934.00 | ACCEPTS | |
| 40 | Joseph Holmes | $ 119.00 | ACCEPTS | |
| 41 | Edward Hrinya | $ 1,177.00 | ACCEPTS | |
| 42 | Lauren Hudson | $ 4,534.00 | ACCEPTS | |
| 43 | Brittany Hutchinson | $ 12,450.00 | ACCEPTS | |
| 44 | Jerry Jones | $ 7,182.00 | ACCEPTS | |
| 45 | Joseph Joyce | $ 1,594.00 | ACCEPTS | |
| 46 | Josiah Joyce | $ 9,277.00 | ACCEPTS | |
| 47 | Erika Kelliher | $ 4,654.00 | ACCEPTS | |
| 48 | Jordan Kurtz | $ 5,018.00 | ACCEPTS | |

MAGEE GOLDSTEIN
LASKY & SAYERS pc
ATTORNEYS

P.O. Box 404
Roanoke, Virginia 24003-0404
540.343.9800

ATTORNEYS AND COUNSELORS AT LAW

|    | **From** | **Claim Amount** | **Vote** | **Opts out of the Releases** |
|----|----------|------------------|----------|------------------------------|
| 49 | Lisa Lacy | $ 7,034.00 | ACCEPTS | |
| 50 | Annie Link | $ 4,687.00 | ACCEPTS | |
| 51 | Natalie Lopez | $ 10,651.00 | ACCEPTS | |
| 52 | Donald Lynch | $ 4,320.00 | ACCEPTS | |
| 53 | Nicole MacGregor | $ 3,750.00 | ACCEPTS | |
| 54 | Miranda McGuire | $ 2,856.00 | ACCEPTS | |
| 55 | Leah McMahon | $ 2,964.00 | ACCEPTS | |
| 56 | Matthew Moore | $ 4,998.00 | ACCEPTS | |
| 57 | Steven Nguyen | $ 35,000.00 (per POC) | REJECTS | **X** |
| 58 | Sean O'Keefe | $ 428.00 | ACCEPTS | |
| 59 | Robin Pickeral | $ 12,189.00 | ACCEPTS | |
| 60 | Ashley Plaugher | $ 10,135.00 | ACCEPTS | |
| 61 | Savannah Price | $ 2,487.00 | ACCEPTS | |
| 62 | Madison Ribble | $ 1,564.00 | ACCEPTS | |
| 63 | Lauren Rippee | $ 970.00 | ACCEPTS | |
| 64 | Sara Roberts | $ 6,930.00 | ACCEPTS | |
| 65 | Maggie Rotanz | $ 3,151.00 | ACCEPTS | |
| 66 | Delaney Russell | $ 690.00 | ACCEPTS | |
| 67 | Victoria Sage | $ 1,744.00 | ACCEPTS | |
| 68 | Guy Shelby | $ 1,851.00 | ACCEPTS | |
| 69 | Ivy Silag-Stearns | $ 4,603.00 | ACCEPTS | |
| 70 | Kailey Simmons | $ 1,684.00 | ACCEPTS | |
| 71 | Allyson Slate | $ 2,151.00 | ACCEPTS | |
| 72 | Elizabeth Smith | $ 2,151.00 | ACCEPTS | |
| 73 | Morgan Smith | $ 3,519.00 | ACCEPTS | |
| 74 | Taylor Swinson | $ 895.00 | ACCEPTS | |
| 75 | Jose Tapia | $ 21,289.00 | ACCEPTS | |
| 76 | Brian Thompson | $ 12,842.00 | ACCEPTS | |
| 77 | Quinn Vaughn | $ 1,542.00 | ACCEPTS | |
| 78 | Vanja Vukovic | $ 3,739.00 | ACCEPTS | |
| 79 | Heather Welch | $ 8,588.00 | ACCEPTS | |
| 80 | William Welch | $ 6,572.00 | ACCEPTS | |
| 81 | Julia Wells | $ 850.00 | ACCEPTS | |
| | **Total Non-Priority Unsecured Claims voting** | **$360,613.00\*** | | |

**\*Total Class 5 accepting    $325,613.00**

**Total Class 5 rejecting    $ 35,000.00**

**Non-voting – 14 creditors with claims of $14,669.00**

MAGEE GOLDSTEIN
LASKY & SAYERS pc
ATTORNEYS

P.O. Box 404
Roanoke, Virginia 24003-0404
540.343.9800

ATTORNEYS AND COUNSELORS AT LAW

4

Date: March 1, 2019                    Respectfully submitted,

                                       MACTANZ, INC.

By: /s/ Andrew S. Goldstein
MAGEE GOLDSTEIN LASKY & SAYERS, P.C.
Andrew S. Goldstein, Esq. (VSB #28421)
Post Office Box 404
Roanoke, Virginia 24003-0404
Telephone: (540) 343-9800
Facsimile: (540) 343-9898
Electronic Mail: agoldstein@mglspc.com
*Counsel for the Debtor*

MAGEE GOLDSTEIN
LASKY & SAYERS, PC
ATTORNEYS

P.O. Box 404
Roanoke, Virginia 24003-0404
540.343.9800

ATTORNEYS AND COUNSELORS AT LAW

5